[986 NE2d 436, 963 NYS2d 618]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RODRIGUEZ, Appellant.

Decided March 21, 2013

APPEARANCES OF COUNSEL

*Lynn W.L. Fahey, Appellate Advocates*, New York City (*Ellen Fried* of counsel), for appellant.

*Charles J. Hynes, District Attorney*, Brooklyn (*Victor Barall* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed (*see People v Norris*, 20 NY3d 1068 [2013] [decided today]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH and PIGOTT. Taking no part: Judge RIVERA.